IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KING & BALLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-1024 |
| | ) | Judge Trauger |
| MICHAEL S. THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Motion to Compel Answers to Post Judgment Discovery (Docket No. 57) is **REFERRED** to Magistrate Judge Griffin for disposition under 28 U.S.C. § 636(b)(1) and Rule 72, FED. R. CIV. P.

It is so **ORDERED.**

ENTER this 29th day of March 2010.

_____
ALETA A. TRAUGER
U.S. District Judge