IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KING & BALLOW )
) No. 3-08-1024
v. )
)
MICHAEL S. THOMPSON )

O R D E R

The plaintiff's motions to ascertain status (Docket Entry Nos. 62 and 63) are GRANTED. By separately entered order, the plaintiff's motion to compel (Docket Entry No. 57) has been granted.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge