IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KING & BALLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-1024 |
| | ) | Judge Trauger |
| MICHAEL S. THOMPSON, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The Plaintiff's Second Motion to Ascertain Status of Motion to Have Defendant Held in Civil Contempt (Docket No. 77) is **GRANTED**. The court is informed by the Magistrate Judge that she will have disposed of this motion by January 13, 2012.

It is so **ORDERED.**

ENTER this 5th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge