**Fw: Case No. 3-08-1024**
**Jeanne W Cox**   to: Ann G Frantz    09/28/2017 12:56 PM

From: Jeanne W Cox/TNMD/06/USCOURTS
To: Ann G Frantz/TNMD/06/USCOURTS@USCOURTS

Jeanne Woodall Cox
Courtroom Deputy to Magistrate Judge Barbara D. Holmes
United States District Court
756 U.S. Courthouse
801 Broadway
Nashville, TN 37203
615-736-5164

----- Forwarded by Jeanne W Cox/TNMD/06/USCOURTS on 09/28/2017 12:56 PM -----

From: Katheryn Beasley/TNMD/06/USCOURTS
To: Jeanne W Cox/TNMD/06/USCOURTS@USCOURTS,
Date: 09/28/2017 12:41 PM
Subject: Fw: Case No. 3-08-1024

I sent this to J. Holmes also. It is for your 1:00 today


Katheryn Beasley
Courtroom Deputy to
Judge Aleta Trauger
U.S. District Court
Nashville, TN 37203
(615) 736-7157
(615) 736-7156 (fax)

----- Forwarded by Katheryn Beasley/TNMD/06/USCOURTS on 09/28/2017 12:41 PM -----

From: "Michael Thompson" <13mstt@gmail.com>
To: <Katheryn_Beasley@tnmd.uscourts.gov>,
Cc: <Katheryn_Beasley@tnmd.uscourts.gov>
Date: 09/28/2017 10:31 AM
Subject: RE: Case No. 3-08-1024

Ms. Beasley:

Can you confirm that the attached has been given to Judge Holmes?

Judge Holmes:

While I respect your position and have no prior history in your court, I do not believe safe within the Nashville Federal system. As I feel nothing positive can come from my attendance today, I am undertaking measures of protection. I believe that King & Ballow continues to misuse the courts and that I was not given a fair opportunity to protect my rights within Judge Trauger rules that favored local participants. As outlined in the attached and has been previously disclosed to Mr. Pierce, there is nothing that I have that he can take other than his continued harassment.

I ask for your understanding.

Michael Thompson

Hearing Response.pdf