IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KING & BALLOW, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL S. THOMPSON, )<br>)<br>    Defendant. ) | Civil No. 3:08-cv-01024<br>Judge Trauger |

**O R D E R**

On January 11, 2018, the magistrate judge issued a Report and Recommendation (Docket No. 223), to which no timely objections have been filed[1]. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant is found in civil contempt of this court for failing to adequately respond to proper post-judgment discovery, as outlined in the instant Report and Recommendation, and for failing to appear at a show cause hearing scheduled before this judge on February 2, 2018. As previously recommended (Docket No. 213 at 10), a conditional fine of $100.00 per day, beginning upon the entry of this Order, shall be levied against the defendant for each day that he fails to provide the information outlined in the Report and Recommendation at issue herein. This fine shall increase to $300.00 per day if the defendant remains non-compliant after 30 days of the entry of this Order.

---

[1]On February 1, 2018, the defendant filed a document entitled "Defendant's Responses in Reference Court's Request As To Why Defendant Feels Contempt Hearing Is Unnecessary" (Docket No. 224). This document does not constitute a timely filed objection to the Report and Recommendation.

The plaintiff will also be awarded reasonable costs and attorney's fees upon proper application.

It is so **ORDERED**.

ENTER this 23rd day of May 2018.

_____
ALETA A. TRAUGER
U.S. District Judge